# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEL HABICH, individually and on behalf of a class of persons similarly situated,<br><br>       Plaintiffs,<br><br>   vs.<br><br>EXELON CORPORATION, COMMONWEALTH EDISON COMPANY, ACLARA TECHNOLOGIES, LLC, AND ACLARA METERS, LLC,<br><br>       Defendants. | Case No. 22 CV 4438<br><br>REMOVED FROM:<br>Circuit Court of Cook County, Illinois<br>Case No. 2022L006413 |

## EXELON CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTICE OF AFFILIATES

Defendant Exelon Corporation ("Exelon") submits this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

1. Exelon is a publicly held corporation that has no parent corporation.

2. No publicly held corporation owns 10% or more of Exelon's stock.

3. The Vanguard Group, Inc., BlackRock, Inc., State Street Global Advisors, Inc., and Wellington Management Group, LLP have reported to the Securities and Exchange Commission that they each beneficially own more than 5 % of Exelon's common shares.

Dated: August 19, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Brian O. Watson*

　　　　　　　　　　　　　　　　　　　　Brian O. Watson
　　　　　　　　　　　　　　　　　　　　Sarah E. Finch
　　　　　　　　　　　　　　　　　　　　RILEY SAFER HOLMES & CANCILA LLP
　　　　　　　　　　　　　　　　　　　　70 W. Madison St., Ste. 2900
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　(312) 471-8700 – Phone
　　　　　　　　　　　　　　　　　　　　(312) 471-8701 – Fax
　　　　　　　　　　　　　　　　　　　　bwatson@rshc-law.com
　　　　　　　　　　　　　　　　　　　　sfinch@rshc-law.com

　　　　　　　　　　　　　　　　　　　　Paul Kelly
　　　　　　　　　　　　　　　　　　　　Kellett McConville
　　　　　　　　　　　　　　　　　　　　KELLY & KING, P.C.
　　　　　　　　　　　　　　　　　　　　19 S. LaSalle St., Suite 1000
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　　312-553-5290 – Phone
　　　　　　　　　　　　　　　　　　　　312-553-5291 – Fax
　　　　　　　　　　　　　　　　　　　　pek@kellykinglaw.com
　　　　　　　　　　　　　　　　　　　　mkm@kellykinglaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Exelon Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

*/s/ Brian O. Watson*
Brian O. Watson