# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEL HABICH, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EXELON CORPORATION, COMMONWEALTH EDISON COMPANY, ACLARA TECHNOLOGIES, LLC, AND ACLARA METERS, LLC,<br><br>Defendants. | Case No. 22 CV 4438<br><br>REMOVED FROM:<br>Circuit Court of Cook County, Illinois<br>Case No. 2022L006413 |

## COMMONWEALTH EDISON COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENTAND LOCAL RULE 3.2 NOTICE OF AFFILIATES

Commonwealth Edison Company ("ComEd") submits this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

1. ComEd is a wholly owned subsidiary of Exelon Energy Delivery Company, LLC, which is a wholly owned subsidiary of Exelon Corporation, a publicly traded corporation.

Dated: August 19, 2022          Respectfully submitted,

*/s/ Brian O. Watson*

Brian O. Watson
Sarah E. Finch
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 – Phone
(312) 471-8701 – Fax
bwatson@rshc-law.com
sfinch@rshc-law.com

Paul Kelly
Kellett McConville
KELLY & KING, P.C.
19 S. LaSalle St., Suite 1000
Chicago, Illinois 60603
312-553-5290 – Phone
312-553-5291 – Fax
pek@kellykinglaw.com
mkm@kellykinglaw.com

*Counsel for Defendant
Commonwealth Edison Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

*/s/ Brian O. Watson*
Brian O. Watson
