# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEL HABICH, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EXELON CORPORATION, COMMONWEALTH EDISON COMPANY, ACLARA TECHNOLOGIES, LLC, and ACLARA METERS, LLC,<br><br>Defendants. | No. 22 CV 4438<br><br>District Judge Franklin U. Valderrama<br><br>Magistrate Judge Heather K. McShain |

## DEFENDANTS' MOTION TO STAGE DISCOVERY AND STAY NATIONWIDE CLASS DISCOVERY

In the interests of efficiency and judicial economy, Defendants Commonwealth Edison Company ("ComEd"), its parent holding company, Exelon Corporation ("Exelon"), and Aclara Technologies, LLC and Aclara Technologies, LLC ("Aclara") (collectively "Defendants") respectfully ask the Court to adopt a staged approach to discovery in this matter and stay nationwide class discovery pending Defendants' motion to strike.

Dated: December 9, 2022          Respectfully submitted,

/s/ Brian O. Watson

Brian O. Watson
Sarah E. Finch
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 – Phone
(312) 471-8701 – Fax
bwatson@rshc-law.com
sfinch@rshc-law.com

Paul Kelly
Kellett McConville
KELLY & KING, P.C.
19 S. LaSalle St., Suite 1000
Chicago, Illinois 60603
312-553-5290 – Phone
312-553-5291 – Fax
pek@kellykinglaw.com
mkm@kellykinglaw.com

*Counsel for Defendants Exelon Corporation and Commonwealth Edison Company*

/s/ James W. Ozog

James W. Ozog, #2130963
David J. O'Connell, #6199086
GOLDBERG SEGALLA LLP
222 West Adams Street, Suite 2250
Chicago, IL 60606
312.572.8400
312.572.8401 – fax
jozog@goldbergsegalla.com
doconnell@goldbergsegalla.com

*Counsel for Defendants Aclara Technologies, LLC and Aclara Meters, LLC*