UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEL HABICH, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EXELON CORPORATION, COMMONWEALTH EDISON COMPANY, ACLARA TECHNOLOGIES, LLC, AND ACLARA METERS, LLC,<br><br>Defendants. | No. 22 CV 4438<br><br>REMOVED FROM:<br>Circuit Court of Cook County, Illinois<br>Case No. 2022L006413 |

**DEFENDANT EXELON CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT EXELON TO PRODUCE RESPONSIVE DOCUMENTS TO PLAINTIFF'S RULE 34 PRODUCTION REQUESTS**

NOW COMES the Defendant, Exelon Corporation, by and through its attorneys, Kelly & King Law, P.C., and for its Response to Plaintiff's Motion to Compel Defendant Exelon to Produce Responsive Documents to Plaintiff's Rule 34 Production Requests [ECF # 76] states as follows:

1. On July 28, 2023 Plaintiff filed his Motion to Compel [ECF # 76] stating that Defendant Exelon Corporation ("Exelon") had not tendered its Rule 34 Production Responses in a timely matter.

2. Exelon tendered its Rule 34 Production Responses to Plaintiff on July 31, 2023 [see ECF # 78 Certificate of Service regarding Rule 34 Responses.]

3. On August 1, 2023 after receiving Exelon's Rule 34 Production Response, Plaintiff filed a Supplement to Plaintiff's Motion to Compel Defendant Exelon to Produce Responsive Documents to Plaintiff's Rule 34 Production Response {ECF # 79].

4.      In Plaintiff's Supplement he argues *inter alia* that, "this purported "Response" is a nullity. No production materials, documents or ESI were transmitted in response to any of the 22 Production Requests served." [see ECF # 79 at ¶10]

5.      As Exelon explicitly states in its Rule 34 Production Response, Exelon Corporation is a holding company with no direct employees. Exelon owns various subsidiaries, either directly or indirectly, in the energy distribution and transmission business. As a holding company, without direct employees, with the exception of the materials requested by Plaintiff in Requests 10 and 11, Exelon is not in possession of the materials requested by the Plaintiff and does not have the particularized knowledge of the subject matter addressed to its subsidiaries by Plaintiff in his Request.

6.      In response to Requests 10 and 11 Exelon has subsequently tendered the record retention policy and is working to supply the applicable versions of the remaining documents that were in effect at the time of the fire alleged in Plaintiff's Complaint to Plaintiff.

7.      As such, Exelon stands on its Responses to Plaintiff's Rule 34 Production Requests.

WHEREFORE Defendant, Exelon Corporation, asks that Plaintiff's Motion to Compel Defendant Exelon to Produce Responsive Documents to Plaintiff's Rule 34 be denied.

Dated: August 10, 2023

Respectfully submitted,

*/s/ Paul E. Kelly*

Paul E. Kelly
M. Kellett McConville
KELLY & KING, P.C.
19 S. LaSalle St., Suite 1000
Chicago, Illinois 60603
312-553-5290 – Phone
312-553-5291 – Fax
pek@kellykinglaw.com
mkm@kellykinglaw.com


Brian O. Watson
Sarah E. Finch
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 – Phone
(312) 471-8701 – Fax
bwatson@rshc-law.com
sfinch@rshc-law.com


*Counsel for Defendants Exelon Corporation and Commonwealth Edison Company*