# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEL HABICH, individually and on behalf of a class of persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>EXELON CORPORATION, COMMONWEALTH EDISON COMPANY, ACLARA TECHNOLOGIES, LLC, AND ACLARA METERS, LLC,<br><br>    Defendants. | No. 22 CV 4438<br><br>REMOVED FROM:<br>Circuit Court of Cook County, Illinois<br>Case No. 2022L006413<br><br>Hon. Franklin U. Valderrama, Presiding<br><br>Hon. Heather K. McShain, Magistrate |

## JOINT STATUS REPORT

The parties have conferred and jointly submit the following status report as required by this Court's July 11, 2023 Order, Doc. No. 70.

**Progress of Discovery**

Following the last status report, Doc. No. 69, there remains pending:

1) Plaintiffs' Motion to Compel Exelon's response to Rule 34 Production Requests; and
2) Plaintiffs' Motion to Compel ComEd's response to Rule 33 Interrogatories. The parties await the Court's ruling on the pending Motions.

At this time, the Plaintiffs have withdrawn their Motion to Compel ComEd's response to their Rule 34 Production Requests until conferrals regarding disagreements can be completed.

After granting Plaintiff's Motion to Compel and Strike Exelon's Rule 33 responses, and awarding reasonable costs and attorney fees pursuant to Rule 37, the Defendants have filed amended Answers. Exelon's Amended Answers removed their objections and restated Exelon's previous answers. The Parties disagree as to whether the verification attached to Exelon's

response is compliant with Rule 33. The parties will schedule a conferral and advise the court accordingly.

ComEd has supplemented their Answers to Interrogatories with a verification page. Plaintiffs' Motion to Compel ComEd's response to Rule 33 Interrogatories remains pending as to the issues raised therein.

As per the Court's Order (Doc. No. 87), Plaintiffs made a compromise/initial demand of $3,000 to resolve the pending fee award and the parties continue to confer over reasonable costs and attorney's fees.

The parties are awaiting the Court's decision on pending discovery motions, as well as Defendant's identification of email custodians and ESI repositories, before finalizing an ESI protocol and search term list with each defendant.

Plaintiff's counsel and Aclara's counsel met and conferred on their original discovery responses and agreed to look into further responses on issues raised by Plaintiff. Aclara agreed to provide an update on discovery compliance on August 18, 2023, but due to a change in travel schedule, counsel could not participate in the planned telephone conference. After Aclara's counsel canceled a conferral conference set for August 18, 2023, regarding their July 31, 2023, discovery responses, Aclara's counsel advised that they will serve updated discovery responses on or before September 15, 2023.

**Status of settlement discussions**

There have been no settlement discussions, and none are anticipated by the Parties at this stage of the case.

**Other**

A. Is there anything else that the plaintiff(s) wants the Court to know?

The Plaintiffs have requested 2 exemplar meters from Aclara. On July 11, 2023, Aclara advised that they have 1 exemplar in hand, and will tender the same to Plaintiff's counsel once pricing for the unit(s) is determined. Aclara further advised that they will contact Plaintiff's counsel if a second unit is/can be obtained. Aclara is verifying whether the meter in its possession has changed since the meter installed at the subject premises and also whether additional meters are available. To date, Aclara has yet to produce the exemplar meter in their possession.

| | |
|---|---|
| **Dated: September 1, 2023** | Respectfully submitted, |

*/s/ Glen J. Dunn, Jr.*
Glen J. Dunn, Jr.
gdunn@gjdlaw.com
Dennis H Stefanowicz
dstefanowicz@gjdlaw.com
**GLEN J. DUNN & ASSOCIATES, LTD.**
One East Wacker Drive,
Chicago, Illinois 60601
Tel:  (312) 880-1010
Fax:  (312) 546-5058

*Attorneys for the Plaintiff*

*/s/ Paul E. Kelly*
Paul E. Kelly
M. Kellett McConville
KELLY & KING, P.C.
19 S. LaSalle St., Suite 1000
Chicago, Illinois 60603
312-553-5290 – Phone
312-553-5291 – Fax
pek@kellykinglaw.com
mkm@kellykinglaw.com

Brian O. Watson
Sarah E. Finch
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 – Phone
(312) 471-8701 – Fax
bwatson@rshc-law.com
sfinch@rshc-law.com

*Counsel for Defendants Exelon Corporation and Commonwealth Edison Company*

*/s/ James W. Ozog*
James W. Ozog – 2130963
David J. O'Connell – 6199086
Goldberg Segalla LLP

3

 222 West Adams Street, Suite 2250
 Chicago, IL 60606
 312.572.8400
 312.572.8401 – fax
 jozog@goldbergsegalla.com
 doconnell@goldbergsegalla.com
 *Counsel for Defendants Aclara Technologies, LLC and Aclara Meters, LLC*