## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEL HABICH, individually and on behalf of a class of persons similarly situated, | |
| Plaintiffs, | |
| v. | No. 22 CV 4438 |
| EXELON CORPORATION, COMMONWEALTH EDISON COMPANY, ACLARA TECHNOLOGIES, LLC, and ACLARA METERS, LLC, | REMOVED FROM: Circuit Court of Cook County, Illinois Case No. 2022L006413 |
| Defendants. | |

## DEFENDANT COMMONWEALTH EDISON COMPANY'S NOTICE OF SERVICE OF DISCOVERY

Defendant Commonwealth Edison Company gives notice that Commonwealth Edison Company's Second Amended Response to Plaintiffs' First Set of Rule 33 Interrogatories were served electronically on all parties by their counsel of record on September 12, 2023, pursuant to the Court's Order of September 5, 2023 (ECF No. 90), and a copy was not filed with the Court pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule 26.3.

| | |
|---|---|
| Dated: September 12, 2023 | Respectfully submitted, |
| | */s/ Brian O. Watson* |
| | Brian O. Watson |
| | Sarah E. Finch |
| | RILEY SAFER HOLMES & CANCILA LLP |
| | 70 W. Madison St., Ste. 2900 |
| | Chicago, Illinois 60602 |
| | (312) 471-8700 – Phone |
| | (312) 471-8701 – Fax |
| | bwatson@rshc-law.com |
| | sfinch@rshc-law.com |
| | Paul E. Kelly |
| | M. Kellett McConville |
| | KELLY & KING, P.C. |
| | 19 S. LaSalle St., Suite 1000 |
| | Chicago, Illinois 60603 |
| | 312-553-5290 – Phone |
| | 312-553-5291 – Fax |
| | pek@kellykinglaw.com |
| | mkm@kellykinglaw.com |
| | *Counsel for Defendant* |
| | *Commonwealth Edison Company* |

4862-7203-4431, v. 1