## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joel Habich
                              Plaintiff,

v.                                                 Case No.: 1:22−cv−04438
                                                        Honorable Franklin U. Valderrama

Exelon Corporation, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 10, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion the Court grants Defendants Aclara Technologies, Llc and Aclara Meters, Llc's Unopposed Motion for Extension of Time to File Response to Third Amended Complaint [118]. Defendants Aclara Technologies, Llc and Aclara Meters, Llc's deadline to file their response to Plaintiff's Third Amended Complaint is extended to 01/18/2024. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.