# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joel Habich

        Plaintiff,

v.                 Case No.: 1:22−cv−04438
                  Honorable Franklin U. Valderrama

Exelon Corporation, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 29, 2024:

   MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the parties' joint stipulation to dismiss with prejudice [163] and pursuant to Federal Rule of Civil Procedure 41(a), this case is dismissed with prejudice. Each party to bear its own costs, expenses, and fees. Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.